FLEENOR, APPELLEE, *v.* KARR, APPELLANT.

[Cite as *Fleenor v. Karr,* 132 Ohio St.3d 18, 2012-Ohio-1578.]

(No. 2012–0020—Submitted April 4, 2012—Decided April 11, 2012.)

{¶ 1} The certified question is answered in the negative. The judgment of the court of appeals is reversed, and the cause is remanded for application of *Havel v. Villa St. Joseph,* 131 Ohio St.3d 235, 2012-Ohio-552, 963 N.E.2d 1270.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

Rodeheffer & Miller, Ltd., and Stephen C. Rodeheffer, for appellant.